# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-CR-124 |
| Plaintiff, | District Judge Walter H. Rice |
| | Magistrate Judge Sharon L. Ovington |
| vs. | |
| YAMPIER OTANO-ROMAN, | |
| Defendant. | |

## DUE PROCESS PROTECTIONS ACT ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so.  Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

**IT IS SO ORDERED.**

November 9, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge